IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDY BEIL | : |
| v. | : |
| | : NO. 23-CV-2936 SWR |
| MARTIN O'MALLEY, | : |
| Commissioner of Social Security | : |

**O R D E R**

SCOTT W. REID, J.

AND NOW, this 13th day of May, 2024, it is hereby ORDERED that Claimant's Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE